UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


RYAN TYLER KILBY

     v.                                          CA 14-147 ML

NATIONAL GRID, INC.


## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on March 31, 2014. Plaintiff has not filed any objection and the time for doing so has passed.[1]

Having reviewed the "complaint" filed by Plaintiff and the Report and Recommendation, this Court agrees with the conclusion of Magistrate Judge Almond. The complaint is DISMISSED without prejudice.


SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
April 21, 2014

---

[1] The Court is mindful of the fact that the copy of the Report and Recommendation that was mailed to Plaintiff by the Clerk was returned to the Court marked "undeliverable as addressed." Plaintiff has not provided the Court with any current address.